IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN A. SCHWARTZMILLER,<br><br>            Plaintiff,<br><br>   vs.<br><br>L. SMITH, ET AL.,<br><br>            Defendants. | No. C 05-3066 JSW (PR)<br><br>**ORDER REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINTS AND INSTRUCTIONS TO THE CLERK**<br><br>(Docket no. 11) |

On July 28, 2005, Plaintiff filed a *pro se* civil rights action under 42 U.S.C. § 1983 and a motion for leave to proceed *in forma pauperis*. After Plaintiff filed several amended complaints, the Court dismissed the operative complaint with leave to amend within thirty days. The Court advised Plaintiff therein that in the amended complaint, Plaintiff could file only properly joined claims and that any claims that were not joinable must be filed as a separate complaint. Thereafter, on May 30, 2006, Plaintiff filed what appears to be two separate documents labeled Third Amended Complaint, Number One and Third Amended Complaint, Number Two. Given the Court's order, it is apparent that Plaintiff was attempting to file the claims in each document as a separate complaint. As such, the Clerk of Court is directed to separate the two separately filed complaints under docket number 17 and file "Number One" as a separate matter under a new case number, to be assigned to this Court.

IT IS SO ORDERED.

DATED: June 5, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge